IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DAVID WEBB, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | CASE NO. 2:19-CV-899-WKW |
|  | ) | [WO] |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## **ORDER**

On December 6, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and this action is DISMISSED without prejudice for lack of subject-matter jurisdiction. Final judgment will be entered separately. Petitioner is not required to obtain a certificate of appealability to appeal this court's judgment, should he desire to do so, because it is not "'a final order in a habeas corpus proceeding'" within the meaning of 28 U.S.C. § 2253(c). *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004) (quoting § 2253(c)).

DONE this 11th day of February, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE